DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUSSELL LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4096

[November 9, 2017]

Appeal order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Howard Merrigan, Judge; L.T. Case No. 09-021365 CF10A.

Russell Lewis, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***